(No. 1028—Claimant awarded $1,049.24.)

JOURDAN PACKING COMPANY, Claimant, *vs.* STATE OF ILLINOIS,
Respondent.

*Opinion filed January 19, 1927.*

CONTRACT—*when State liable.* The State is liable for supplies furnished
the Dunning State Hospital.

SIEBEL & SEVERIN, for claimant.

OSCAR E. CARLSTROM, Attorney General; FRANK R. EAGLE-
TON, Assistant Attorney General, for respondent.

Mr. JUSTICE THOMAS delivered the opinion of the court:

This is a claim of the Jourdan Packing Company for $1,-
049.24 for meats supplied the Dunning State Hospital in Cook
county, Illinois. Payment was not made for the reason that
invoices for the goods were received by officials in charge of
the hospital after the close of the biennial period for appro-
priation of the 53d General Assembly.

The Attorney General filed a demurrer, and afterward
filed a statement, attached to which are copies of letters from
the Director of Public Welfare and the Managing Officer of
said hospital admitting that the claim is a correct and proper
charge against the State, and the Attorney General consents
to an award in favor of claimant in the sum of $1,049.24.

As it is clear this amount is due claimant from the State,
the demurrer will be overruled and claimant awarded the sum
of $1,049.24.